IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAEEDA ALSBROOKS, | : | |
|    Plaintiff, | : | |
| | : | |
|    v. | : | Case No. 2:26-cv-03772-JDW |
| | : | |
| PHILADELPHIA HOUSING | : | |
| AUTHORITY, | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 15th day of June, 2026, upon consideration of Plaintiff Saeeda Alsbrooks's Motion to Proceed *In Forma Pauperis* (ECF No. 3), it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Complaint is **DEEMED** filed and is **DISMISSED WITHOUT PREJUDICE** for the reasons in the accompanying Memorandum.

It is **FURTHER ORDERED** that Ms. Alsbrooks may file an amended complaint on or before July 17, 2026. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Ms. Alsbrooks's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting her amended complaint, Ms. Alsbrooks should be mindful of my reasons for dismissing the claims in

her initial Complaint as explained in the accompanying Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until I so order.

The Clerk of Court shall send Ms. Alsbrooks a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Ms. Alsbrooks may use this form to file her amended complaint if she chooses to do so.

If Ms. Alsbrooks does not wish to amend her Complaint and instead intends to stand on her Complaint as originally pled, she may file a notice with the Court on or before July 17, 2026, stating that intent, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case.

If Ms. Alsbrooks fails to file any response to this Order, then I will conclude that she intends to stand on her Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**

2