**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SAEEDA ALSBROOKS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:26-cv-03772-JDW** |
| | : | |
| **PHILADELPHIA HOUSING** | : | |
| **AUTHORITY,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 12th day of November, 2026, upon consideration of Plaintiff Saeeda Alsbrooks's Motion For Reconsideration (ECF No. 10) attaching a proposed Amended Complaint, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows.

1. The Motion For Reconsideration (ECF No. 10) is **GRANTED**.

2. The Clerk of Court shall reopen this case and separately docket the Amended Complaint (pages 4 and 15-43 of ECF No. 10). The Clerk shall also list the Defendants named in the Amended Complaint (ECF No. 10 at page 4) on the docket: Bilal Abdul-Hakim; Scott Westfall; Jameel Hawthorne; Marcus Moore; Karen Baxter; and Barbara Kenney.

3. Counts I, II, IV, and V of the Amended Complaint are **DISMISSED WITHOUT PREJUDICE**.

4. Ms. Alsbrooks may file a Second Amended Complaint on or before December 11, 2026. Any Second Amended Complaint must identify all defendants in the caption in addition to identifying them in the body of the document and shall state the basis for Ms. Alsbrooks's claims against each defendant. The Second Amended Complaint shall be a **complete** document that does not rely on the initial Complaint, Amended Complaint, or other papers filed in this case to state a claim. **If Ms. Alsbrooks chooses to further amend, I caution her that she must also reassert her race-based FHA claims or they will not be considered part of this case.** When drafting her Second Amended Complaint, Ms. Alsbrooks should be mindful of my reasons for dismissing the claims in her Amended Complaint, as explained in the accompanying Memorandum. Upon the filing of a Second Amended Complaint, the Clerk shall not make service until I so order.

5. The Clerk of Court shall send Ms. Alsbrooks a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Ms. Alsbrooks may use this form to file her Second Amended Complaint if she chooses to do so.

6. If Ms. Alsbrooks does not want to amend further and instead intends to stand on her Amended Complaint asserting race-based FHA claims **only**, she may file a notice with the Court on or before December 11, 2026, stating that intent, at which time I will issue an order directing service of those claims **only**. Any such notice should be titled

"Notice To Stand On Amended Complaint," and shall include the civil action number for this case.

7. If Ms. Alsbrooks fails to file any response to this Order, I will conclude that Ms. Alsbrooks intends to stand on her Amended Complaint and issue a service order.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

**JOSHUA D. WOLSON, J.**